**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TWO ROADS BREWING COMPANY,<br>*Plaintiff*,<br><br>v.<br><br>AVANZA CAPITAL HOLDINGS LLC,<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>) | 3:26-CV-1437 (SVN)<br><br><br><br><br><br>October 2, 2026 |

**TEMPORARY RESTRAINING ORDER**

This matter came before the Court on the Motion of Plaintiff Two Roads Brewing Company, LLC ("Two Roads" or "Plaintiff") for a Temporary Restraining Order against Defendant Avanza Capital Holdings, LLC. Having considered Plaintiff's Motion, the memorandum of law in support of the Motion, the Verified Complaint, supporting declarations and exhibits, and other papers and arguments submitted, this Court issues the following temporary restraining order effective until October 16, 2026, or until further Order of the Court:

IT IS HEREBY ORDERED THAT:

Defendant Avanza Capital Holdings, LLC ("Avanza"), its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with any of them who receive actual notice of this Order by personal service or otherwise, including Ace Recovery Group, are temporarily restrained and enjoined from directly or indirectly contacting, communicating with, or sending any payment-direction notices, collection letters, demand letters, or similar communications to any customers, vendors, account debtors, financial vendors, payment processors, or other counterparties of Two Roads, asserting, representing, or implying that: (i) Two Roads sold, assigned, or transferred its accounts receivable or other property to Avanza; (ii) Two Roads owes or has defaulted on any obligation to Avanza; (iii) Avanza holds a security interest in Two Roads' accounts receivable or other assets; (iv) Avanza holds a power of attorney with respect

to Two Roads' account debtors or credit-card processing; or (v) such customers, vendors, or counterparties are required to remit payments owed to Two Roads to Avanza or its agents, attorneys, or designees.

**SO ORDERED** at Hartford, Connecticut, this 2nd day of October, 2026.

*/s/ Sarala V. Nagala*
SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE